TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to                                                                                           JS-6
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Shabnam Vafaee

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Shabnam Vafaee, | Case No.: 2:15-cv-08781-JFW-GJS |
| Plaintiff, | |
| vs. | **ORDER** |
| GC Services, L.P., | |
| Defendant. | |

　　Based upon the Stipulation for Dismissal with Prejudice filed by the parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice, with each party to bear her or its own attorneys' fees and costs.

Date: February 22, 2016            _____
　　　　　　　　　　　　　　　　　U.S. District Court Judge

2:15-cv-08781-JFW-GJS                                              PROPOSED ORDER